R.B., Father of W.B., a
Child, Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES, Appellee.

No. 5D16–2492.

District Court of Appeal of Florida,
Fifth District.

Nov. 15, 2016.

Elliot Ambrose, Brooksville, for Appellant.

Kelley Schaeffer, of Guardian Ad Litem Program, Sanford, and Stephanie C. Zimmerman, of Children's Legal Services, Bradenton, for Appellee.

## ON CONFESSION OF ERROR

PER CURIAM.

Based on appellees' confessions of error, we reverse the final order terminating the appellant's parental rights and remand this case to the trial court for further proceedings consistent with the best interest of the child. *See S.M. v. Fla. Dep't. of Children & Families,* No. SC15–2127, 202 So.3d 769, 2016 WL 6472880 (Fla. Sept. 1, 2016).

REVERSED and REMANDED.

PALMER, BERGER and WALLIS, JJ., concur.